Character Reference Regarding Brian Hinds

To Whom It May Concern,

I have known Brian Hinds since he moved to Louisville KY - first as a colleague, then as a friend and a tenant.

My only reticence in composing a letter of Character Reference on his behalf is the fear that it will seem filled with superlative clichés.

As a colleague in the performing arts in Louisville – we are both professional actors – Brian has always been incredibly talented, studious, cooperative, and curious - one of the most respected members of our local arts community, many times an award-winning actor and director with the highest reputation. Brian has been one of the most sought-after talents, advisors, and mentors for every professional theatre company in the region. Everyone has wanted Brian on their roster.

My late wife Barbara and I were lucky enough to count Brian as one of our closest friends, once we got to know him through our work. He rented the third-floor apartment in our house when it became available and he lived there for over thirteen years until his arrest. As a tenant and a friend, we always trusted him completely. Barbara often referred to him as the son we never had. When she suddenly died, Brian mourned her passing as thoroughly as anyone else in her world and he was a great help to me. I will never forget his kindness.

Brian Hinds is a truly good human and a wonderful friend, albeit a man with a terrible addiction, for which, he has told me (since his arrest), he desperately wants to receive treatment. My hope for him is that, wherever he serves his sentence, he will find such attention. I know that, wherever he is sentenced, he will find a way to be of service to those around him and to the institution. I hope that, at some point, he is granted the opportunity to prove that.

I know that when he has completed his obligation to society, he will find a way to spend the rest of his life in some kind of service to the greater world, working for the greater good. At his core, that's who Brian Hinds is.

If I could, I would beg the court to send him where he can find the treatment he needs to fulfill that purpose.

Thank you,
Jon Huffman

█████████



**DEFENDANT'S EXHIBIT**
A

**April Gibbs**

**From:** ████████████████████████████
**Sent:** Tuesday, April 7, 2026 9:18 PM
**To:** ████████
**Subject:** character letter for Brian Hinds

You don't often get email from ████████████████████    Learn why this is important
EXTERNAL SENDER

To Whom it May Concern:

I am writing in support of Brian Hinds. I have known Brian since he was hired as my co-worker in 2012. We taught in neighboring rooms at the Youth Performing Arts School in Louisville, Kentucky.

For the past 13 years, I saw Brian every weekday, teaching and directing teenagers in the Theatre Department. I can honestly say there was never a moment that I was unsure of his positive leadership and mentorship with the students. They absolutely adored him (categorically) and respected his words and actions. He never acted in any way to betray my trust or the trust of the students during his time on the job. Since his removal, we have given students (current and past) opportunity to come forward with any concerns. There have been none. Brian had very firm boundaries with the students he worked with. I saw this every day. Brian was not only a colleague, but a dear friend. I know him to be a wonderful, caring human who is suffering a horrible addiction.

I am not writing to excuse his crime in any way. But I do with certainty support the idea that Brian is rehabilitative. He is eager to start treatment. He is deeply remorseful and desperate to change his life and be a contributing member of society in every way.

Thank you for your time.
Sincerely,
Katie Blackerby Weible

--
Katie Blackerby Weible
(she/her/hers)
Theatre Department Chair
Youth Performing Arts School

████████████████
████████████
████████
████████████████

## April Gibbs

| | |
|---|---|
| **From:** | ███████████████████████ |
| **Sent:** | Wednesday, April 8, 2026 10:39 PM |
| **To:** | ██████████ |
| **Subject:** | Character Reference for Brian Hinds |

You don't often get email from ████████████████     Learn why this is important

EXTERNAL SENDER

To Whom It May Concern,

I am writing to provide a character reference for Brian Hinds. I have known Brian for sixteen years, first as a fellow performer in the Kentucky Shakespeare Festival and, since 2012, as a teaching colleague at the Youth Performing Arts School.

Throughout his years as an educator, I knew Brian to be a caring teacher who prioritized creating a comfortable and safe classroom environment. I never witnessed any inappropriate behavior, nor did I ever suspect he struggled with a sexual addiction; he consistently maintained clear professional boundaries with his students.

In my communications with Brian during his incarceration, he has expressed a sincere desire to undergo therapy and do whatever is necessary to address his addiction. I believe he is committed to this process. I understand that pedophilia is a chronic psychiatric condition that requires ongoing management to prevent behavioral expression, and I believe Brian is willing to do the work required.

It is my hope that Brian receives the necessary psychiatric care during his incarceration to help him build a stable and responsible life upon his release.

Sincerely,

Georgette Kleier